**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Intellectual Ventures II LLC
_____

-vs-                                                             **Case No.:**    1:26-cv-01150-RP
                                                                               _____

United Parcel Service, Inc.
_____

**MOTION FOR ADMISSION _PRO HAC VICE_**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now    Amanda L'Esperance                        , applicant herein, and
moves this Court to grant admission to the United States District Court for the Western District of
Texas _pro hac vice_ to represent    Plaintiff                        in this case, and would
respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
      Prince Lobel Tye LLP                                                                     ,

      with offices at

            Mailing address:              One International Place, Suite 3700

            City, State, Zip Code:        Boston, MA 02110

            Telephone:                    617-456-8000

            Facsimile:                    617-456-8100

            Email:                        alesperance@princelobel.com

2.    Since _____11/16/2023_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Massachusetts__. Applicant's bar license number is __713343__.

3.    Applicant has been admitted to practice before the following courts:

Court:                                                      Admission date:

U.S. District Court for Massachusetts                       02/20/2024

_____                                    _____

_____                                    _____

_____                                    _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

n/a

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

n/a

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

_____

7.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.    Select one:

[x]    Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

[x]    Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:            Karl Rupp, State Bar No. 24035243

Mailing address:       Sorey & Hoover, LLP, 100 N. 6th Street, Suite 503

City, State, Zip Code:   Waco, TX 76701

Telephone:             903-230-5600

9.    Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

- 3 -

Wherefore, Applicant prays that this Court enter an order permitting the admission of

__Amanda L'Esperance_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

Amanda L'Esperance
_____
[printed name of Applicant]

*[signature]*
_____
[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **4th** day of _____May_____, __2026____.

Amanda L'Esperance
_____
[printed name of Applicant]

*[signature]*
_____
[signature of Applicant]

- 4 -