**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | Civil Action No. 1:26-CV-1150-RP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

### INTELLECTUAL VENTURES II LLC'S CORPORATE DISCLOSURE STATEMENT

Intellectual Ventures II LLC, Plaintiff in the above-entitled and numbered civil action, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Plaintiff certifies that there are no parents, subsidiaries, and/or affiliates of either of said parties that have issued shares or debt securities to the public.

Date: May 4, 2026.                    Respectfully submitted,

*/s/ Karl Rupp*
Karl Rupp
State Bar No. 24035243
**SOREY & HOOVER, LLP**
133 E. Tyler Street
Longview, Texas  75601
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Matthew D. Vella
mvella@princelobel.com
Robert Gilman
rgilman@princelobel.com
Brian Seeve
bseeve@princelobel.com
Kevin Gannon
kgannon@princelobel.com
Amanda L'Esperance
alesperance@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110

Tel: (617) 456-8000 Steven R, Daniels
sdaniels@princelobel.com
**PRINCE LOBEL TYE LLP**
500 W. 5th Street, Suite 1205
Austin, TX 78701
Tel: (617) 456-8000

COUNSEL FOR PLAINTIFFS

## CERTIFCATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record through the Court's CM/ECF service on this 4th day of May, 2026.

_/s/ Karl Rupp_
Karl Rupp

2