**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 1:26-cv-01150-RP |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTON FOR EXTENSION OF TIME**
**FOR DEFENDANT UNITED PARCEL SERVICE, INC. TO ANSWER**
**OR OTHERWISE RESPOND**

Defendant United Parcel Service, Inc. ("UPS") respectfully moves the Court for an order extending the deadline for UPS to answer, move, or otherwise respond to the Complaint for Patent Infringement (ECF No. 1) filed by Plaintiffs, Intellectual Ventures II LLC. The parties have conferred and Plaintiff does not oppose this Motion.

In view of the foregoing, UPS respectfully requests a forty-five-day extension of time to July 17, 2026, to answer, move, or otherwise respond to Plaintiffs' Complaint. The request is not sought for purposes of delay

May 26, 2026                                   Respectfully submitted,

*/s/ Jeffrey D. Mills*
Jeffrey D. Mills (Bar No. 24034203)
jmills@kslaw.com
**KING & SPALDING LLP**
500 West 2nd Street Suite 1800
Austin, TX 78701
Tel: 512.457.2000

Stephen E. Baskin (*pro hac vice pending*)
sbaskin@kslaw.com
Patrick M. Lafferty (*pro hac vice pending*)

1

plafferty@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
(202) 737-0500

Angela Tarasi (*pro hac vice pending*)
atarasi@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street
Suite 1900
Denver, CO 80202
(720) 535-2300

*Attorneys for United Parcel Service, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for United Parcel Services, Inc. conferred with Plaintiffs' counsel regarding this Motion, and that Plaintiffs do not oppose this motion.

*/s/ Jeffrey D. Mills*
Jeffrey D. Mills

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing was electronically filed and served upon all attorneys of record in this case via the Court's CM/ECF system.

*/s/ Jeffrey D. Mills*
Jeffrey D. Mills